UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| Michael Rogan, | Civil No. 18-3318 (PJS/LIB) |
| Plaintiffs, | |
| vs. | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| City or Richfield, et al., | |
| Defendants. | |

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiffs' Complaint, [Docket No. 1], is **DISMISSED without prejudice** based on a lack of subject matter jurisdiction; and

2. Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs, [Docket No. 3], is **DENIED as moot**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 16, 2021　　　　　　　　　　s/Patrick J. Schiltz_____
At Minneapolis, Minnesota　　　　　　　　Patrick J. Schiltz, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court